UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**CARMAN CIOTOLA**, as assignee  :
of **QUARTERBACK**
**TRANSPORTATION, INC.,**         :

    **Plaintiff**              :   CIVIL ACTION NO. 3:21-1020

    v.                         :        (JUDGE MANNION)

**RSA INSURANCE GROUP, PLC,**  :
*et al.,*

                                  :

    **Defendants**

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. RSA Defendants' motion to compel Plaintiff Ciotola to comply with the Dispute Resolution/Arbitration Clause set forth in the Comprehensive Logistics Policy, (RSA Policy No. CLP 0070), **(Doc. 11)**, is **GRANTED**, and the court **STAYS** the litigation in this case with respect to all of the Plaintiff's claims in his complaint, (Doc. 1), against RSA Defendants pending the completion of arbitration.

2. The alternative Rule 12(b)(2) and 12(b)(6) motion to dismiss Plaintiff Ciotola's complaint, (Doc. 1), filed by RSA Defendants, **(Doc. 11)**, is **DISMISSED WITHOUT PREJDUICE** to re-file, if appropriate, after the completion of arbitration of Plaintiff's claims.

3. The clerk of court is directed to administratively **CLOSE** this case until the completion of the arbitration process with respect to the claims of the Plaintiff against the Defendants.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 20, 2022**
21-1020-01-Order