**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

CARMEN CIOTOLA, as assignee　:
of QUARTERBACK
TRANSPORTATION, INC.,　　　:

　　　　　Plaintiff　　　　:　　CIVIL ACTION NO. 3:21-1020

　　v.　　　　　　　　　　:　　　　(JUDGE MANNION)

RSA INSURANCE GROUP, PLC,　:
*et al.,*

　　　　　　　　　　　　　:
　　　　　Defendants

**O R D E R**

Presently before the court is plaintiff Carmen Ciotola's request to re-open this case. (**Doc. 24**). In accordance with the memorandum filed this same day, **IT IS HEREBY ORDERED** that:

1.) Plaintiff's request to re-open this case **(Doc. 24)** is **DENIED**.

2.) Plaintiff's complaint **(Doc. 1)** is **DISMISSED WITH PREJUDICE**.

3.) The clerk of court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 2, 2026**
20-1020-02